# EXHIBIT C

## popMATTERS

FEATURES REVIEWS NEWS MUSIC FILM BOOKS TV COMICS GAMES CULTURE





POP TEN

1. The 50 Best Albums of 2018 So Far
2. Jackie Chan's 10 Best Films
3. For Their 25th Anniversary Low Produce a Work of Unreal Quality in 'Double Negative'
4. Never Say Nevermore: Edgar Allan Poe's 10 Best Stories
5. Lollapalooza Berlin Day 1: The Weeknd Gives a Phenomenal Performance, David Guetta Conquers an Entire Stadium

EXPAND POP TEN +

MUSIC

# Various Artists: Miles Ahead Original Motion Picture Soundtrack

BY JOHN GARRATT / 26 Apr 2016



Don Cheadle, director and star of *Miles Ahead*, has assembled a mostly enticing soundtrack to his film, though still peppered with a few inessentials.



Be aware that *Miles Ahead* is not an attempt to comprehensively summarize the career of the late