AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Southern District of Illinois |
|---|---|---|
| DOCKET NO.<br>3:18cv1713-MJR-SCW | DATE FILED<br>9/11/2018 | 750 Missouri Avenue<br>East St. Louis, IL 62201 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Glen Craig | PopMatters Media, Inc. |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu001192067 | Miles Davis photos-all jpgs 1970 1971 3080-14-16A.jpg | Glen Robert Craig |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Thomas L. Galbraith, Acting Clerk of Court | (BY) DEPUTY CLERK<br>s/ Kathryn L. Scheibal | DATE<br>9/12/2018 |

**DISTRIBUTION:**
1) Upon initiation of action,<br>mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s),<br>mail copy to Register of Copyrights

3) Upon termination of action,<br>mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy