UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG,<br><br>                    Plaintiff,<br><br>   - against -<br><br>POPMATTERS MEDIA, INC.<br><br>                    Defendant. | Docket No. 3:18-cv-01713 |

## NOTICE OF APPERANCE OF RICHARD LIEBOWITZ

To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in the above captioned case on behalf of the Plaintiff, Glen Craig. I certify that I am admitted to practice in this Court.

Dated: Valley Stream, New York
       September 28, 2018

                                        LIEBOWITZ LAW FIRM, PLLC

                                        /s/Richard Liebowitz
                                        Richard Liebowitz
                                        11 Sunrise Plaza, Suite 305
                                        Valley Stream, New York 11580
                                        Tele: 516-233-1660
                                        RL@LiebowitzLawFirm.com

                                        *Attorneys for Plaintiff Glen Cra*