UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEN CRAIG<br><br>                    Plaintiff,<br><br>     v.<br><br>POPMATTERS MEDIA, INC.<br><br>                    Defendant. | NOTICE OF DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 3:18-cv-1713-MJS-SCW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the matter should be voluntarily dismissed without prejudice, against Defendant PopMatters Media, Inc.

Dated: December 17, 2018
Valley Stream, New York

                                              LIEBOWITZ LAW FIRM, PLLC

                                              By: /s/ Richard Liebowitz
                                                 Richard Liebowitz
                                           11 Sunrise Plaza, Suite 305
                                           Valley Stream, New York 11580
                                           Telephone: (516) 233-1660
                                           RL@LiebowitzLawFirm.com

                                           *Attorneys for Plaintiff Glen Craig*