# EXHIBIT A

**From:** GLEN CRAIG <GLENCRAIG@RCN.COM>
**Subject: Re: Infringements GLEN CRAIG**
**Date:** March 4, 2017 at 2:21:59 PM EST
**To:** Anthony Funcheon <AF@liebowitzlawfirm.com>, Donna Halperin <dhimagemag@gmail.com>

On Feb 21, 2017, at 2:30 PM, GLEN CRAIG <glencraig@rcn.com> wrote:

http://www.americanphotomag.com/photos-miles-davis-day-in-life YESOK

http://thelosangelesbeat.com/2015/04/a-day-in-the-life-of-miles-davis-photo-exhibit-by-glen-craig-april-15-may-11-at-leica-gallery/ YES OK

http://gambrellrenard.com/blog/2015/3/30/miles-davis-exhibition-by-glen-craig-at-the-leica-gallery-la-april-15th-may-11th-2015 OK

https://www.milesdavis.com/news/interview-glen-craig-a-day-in-the-life-of-miles-davis/ OK

http://mochamanstyle.com/2014/07/newly-unearthed-photographs-of-miles-davis-to-be-featured-at-morrison-hotel-gallery/ OK

http://thisisfabrik.com/close-up-miles-davis-and-jesse-diamond-white-noise-at-leica-gallery/ OK

http://blog.leica-camera.com/2014/09/12/glen-craig-close-up-miles-davis-at-photokina-2014-daswesentliche/3080-1-08_inas/ OK

http://www.leicagalleryla.com/gallery-view/glen-craig/ OK

http://www.jerryjazzmusician.com/2015/05/great-encounters-41-friendship-miles-davis-sugar-ray-robinson/ NO NO GO AFTER

https://www.hamiltonandhare.com/blogs/things-we-like/47189124-undiscovered-boxing-icons-mandela-miles-davis-and-steve-mcqueen NO NO GO AFTER

http://melodicdistraction.com/nigeria-japan-jazz-records-gym/ NO NO GO AFTER

http://www.boxfitsd.com/faq.html NO NO GO AFTER

http://museemagazine.com/culture/2016/5/2/glen-craig-at-morrison-hotel-gallery OK

https://www.morrisonhotelgallery.com/photographs/OFtd46/Miles-Davis-Gleasons-gym-June-1970-NYC-speed-bag-work-out OK

http://www.popmatters.com/review/various-artists-miles-ahead-original-motion-picture-soundtrack/ N O NO GO AFTER

http://www.popmatters.com/review/various-artists-miles-ahead-original-motion-picture-soundtrack/ N O  NO  GO AFTER