# EXHIBIT B

From: **GLEN CRAIG** <glencraig@xxx.com>
Date: Mon, Jan 22, 2018 at 2:53 PM
Subject: PHOME CALL GLEN CRAIG
To: Richard Liebowitz <RL@liebowitzlawfirm.com>


HI RICH,
TO REMIND YOU TO FILE THIS WEEK BUZZ FEED, POP MATTERS,VICE, AL SHIRTS
DI YOU SPEAK TO BRANDON?
AS I ASKED A CHECK FOR 2500.OO AND ONE FOR 300.00   I HAVE TO PAY BILLS THIS WEEK AND NEED BADLY ?
I WILL CONECT WITH HENRY TO FOLLOW UP WHAT WE DID ON FRIDAY
THANKS,
GLEN