# EXHIBIT C

From: GLEN CRAIG <glencraig@rcn.com>
Date: Thu, Feb 8, 2018 at 4:18 PM
Subject: NO NEWS GLEN CRAIG
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Hi Rich,

Once again thank you to you and Brandon for the bail out

Any news ?......Universal

Did you file the following :Buzz Fed Dave Alexander , Pop matters Miles, Vice ScottAshton, AlShirts DaveAlexander and anything else?

Thanks,

Glen