# EXHIBIT D

From: **GLEN CRAIG** <glencraig@rcn.com>
Date: Mon, Feb 26, 2018 at 1:41 PM
Subject: Re: Copyright Update glen craig
To: Richard Liebowitz <RL@liebowitzlawfirm.com>


HiRich ,

My we chat later today?

For the uk lawyer we have these cases THE ARTS DESK, HAMILTON AND HARE, HUFFINGTON POST AND MELODIC DIST.

Then for the USA we still have BUZZ FEED POP MATTERS AND AL TEE SHIRTS

THANKS

GLEN