# EXHIBIT E

From: Richard Liebowitz <RL@liebowitzlawfirm.com>
Date: Tue, Sep 11, 2018 at 11:54 PM
Subject: Copyright Update
To: GLEN CRAIG <GLENCRAIG@rcn.com>
Cc: romeishereable . <HRM@liebowitzlawfirm.com>, Donna Halperin <dh@liebowitzlawfirm.com>

Hi Glen,

I hope all is well. Today I filed your case against Popmatters Media, Inc. I should hear from their lawyers soon.

Thank you.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660